FILED
November 25, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D24

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | |
|---|---|
| Case Title : | Geronimo Reyes Hernandez and Kimberly Jean Hernandez |
| Case No : | 09-39426 - B - 13 J |
| Date : | 11/24/09 |
| Time : | 09:31 |
| Matter : | [16] - Motion/Application for Relief from Stay [ASW-1] Filed by Creditor U.S. Bank National Association (Fee Paid $150) (avos) |
| Judge : | Thomas Holman |
| Courtroom Deputy : | Sheryl Arnold |
| Reporter : | Diamond Reporters |
| Department : | B |

APPEARANCES for :
Movant(s) :
Respondent(s) :

CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion is granted in part. The automatic stay is modified as against the estate and the debtors pursuant to 11 U.S.C. § 362 (d)(1) in order to permit the movant to foreclose on the real property located at 9 Hoy Lake Court, Sacramento, CA 95833 (APN 225-1000-057) ("Property") and to obtain possession of the Property following the sale, all in accordance with applicable non-bankruptcy law. The court awards no fees and costs. The 10-day period specified in Fed. R. Bankr. P. 4001(a)(3) is ordered waived. Except as so ordered, the motion is denied.

Dated: November 25, 2009

Thomas C. Holman
United States Bankruptcy Judge